IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| BARBARA COLELLA, et al<br><br>    Plaintiffs,<br><br>Vs.<br><br>CONTINENTAL STEVEDORING, et al<br><br>    Defendants | Civil Case No.: 17-CV-02079 (SCC) |

### NOTICE OF SETTLEMENT

**THE HONORABLE COURT:**

**NOW COME** Plaintiffs, through their undersigned attorneys, and respectfully allege, state and pray as follows:

1. Plaintiffs and co-defendants, Puerto Rico Ports Authority, have reached a settlement agreement in the present case.

2. Plaintiffs request a brief period, not to exceed 10 days, to allow the parties to sign the Settlement Agreement, as well as to file the corresponding Motion for Voluntary Dismissal.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above and concede a brief period to allow the parties to sign the settlement documents.

**RESPECTFULLY SUBMITTED.**

**IT IS HEREBY CERTIFIED**: that we have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all attorneys of record.

**RIVERA-ASPINALL, GARRIGA & FERNANDINI, PSC**
1647 Adams St., Summit Hill
San Juan, PR 00920-4510

787-792-8644
Fax: 787-792-6475
Email: aspinall@ragflaw.com

/S/Julián R. Rivera-Aspinall
Julián R. Rivera-Aspinall
USDC PR NO. 208506

/S/Eduardo R. Jenks Carballeira
Eduardo R. Jenks Carballeira
USDC PR NO. 300110
Email: edjenks@yahoo.com